IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Stephen Cook, , Individually  &
on Behalf of all Others Similarly Situated,                  :

        Plaintiff(s),                                        :

                                              :     Case Number: 1:19cv195

    vs.                                                        :

                                              :     Judge Susan J. Dlott

The Ohio National Life Insurance Company, et
al.,                                                          :

        Defendant(s).                                        :

## ORDER

This matter was previously referred pursuant to 28 U.S.C. § 636(b)(1)(A), (B) and ( C )

and §636(b)(3) to Stephanie K. Bowman, United States Magistrate Judge. Such reference is

hereby RESCINDED and all further proceedings shall be conducted by the undersigned.

IT IS SO ORDERED.

_____
Susan J. Dlott
United States District Court