# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 01, 2020

Mr. Richard W. Nagel
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202-0000

      Re: Case No. 19-3984, *Stephen Cook v. Ohio National Life Insurance, et al*
         Originating Case No. : 1:19-cv-00195

Dear Clerk,

 Enclosed is a copy of the mandate filed in this case.

                 Sincerely yours,

                  s/Maddison R Edelbrock
                  For Ryan Orme

cc: Mr. B. Nathaniel Garrett
   Mr. James B. Helmer Jr.
   Mr. Christopher J. Hogan
   Mr. Marion H. Little Jr.
   Mr. Robert M. Rice

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 19-3984

_____

Filed: July 01, 2020

STEPHEN COOK, Individually and On Behalf of All Others Similarly Situated

    Plaintiff - Appellant

v.

OHIO NATIONAL LIFE INSURANCE COMPANY; OHIO NATIONAL LIFE ASSURANCE CORPORATION; OHIO NATIONAL EQUITIES, INC.; OHIO NATIONAL FINANCIAL SERVICES, INC.

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 06/09/2020 the mandate for this case hereby issues today.

COSTS:  None